S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JESSE HADLEY,<br><br>　　　　　　Defendant. | No.  3:24-cr-00101-SLG-KFR<br><br>COUNT 1<br>SEXUAL EXPLOITATION OF A CHILD—PRODUCTION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2251(a) and (e)<br><br>COUNT 2<br>SEXUAL EXPLOITATION OF A CHILD—POSSESSION OF CHILD PORNOGRAPHY<br>　Vio. of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION<br>　18 U.S.C. § 2253, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a). |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On a date unknown to the grand jury but not later than June 18, 2023, within the District of Alaska in or near Bethel, Alaska, the defendant, JESSE HADLEY, did employ,

use, persuade, induce, entice, and coerce, and attempted to employ, use, persuade, induce, entice, and coerce, a minor, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 2

On a date unknown to the grand jury but not later than June 18, 2023, within the District of Alaska in or near Bethel, Alaska, the defendant, JESSE HADLEY, knowingly possessed and knowingly accessed with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material containing an image of child pornography that had been mailed, and shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that were mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## CRIMINAL FORFIETURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1–2 of this Indictment, the defendant, JESSE HADLEY, shall forfeit to the United States any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252 , 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE: 9/17/24